**Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed November 26, 2019.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

### NO. 14-19-00910-CR

### IN RE STATHIAN ESPARZA, Relator

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1642206**

## MEMORANDUM OPINION

On November 13, 2019, relator Stathian Esparza filed a petition for writ of habeas corpus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to grant his motion for a speedy trial.

A court of appeals does not have original jurisdiction over habeas corpus proceedings in criminal matters. *Chavez v. State*, 132 S.W.3d 509, 510 (Tex. App.—Houston [1st Dist.] 2004, no pet.) (citing Tex. Gov't Code Ann. § 22.221); *see also Ex parte Hearon*, 3 S.W.3d 650, 650 (Tex. App.—Waco 1999, orig. proceeding) (holding that court of appeals did not have jurisdiction to grant habeas relief in pending criminal matter). The Texas Code of Criminal Procedure vests power over original habeas corpus proceedings in criminal cases in the Texas Court of Criminal Appeals, the district courts, the county courts, or a judge of those courts. Tex. Code Crim. Proc. Ann. art. 11.05. Therefore, we have no jurisdiction to consider relator's request for relief.

Accordingly, we order relator's petition dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.
Do Not Publish — Tex. R. App. P. 47.2(b).